### 580 GENESEE COUNTY SAVINGS BANK vs. CIRCUIT JUDGE (Ottawa), 54 M., 305.

To vacate an order refusing to set aside a taxation of costs and order a re-taxation.

Denied, with costs, June 25, 1884.

The charges were for expenses incurred in the case of attached property consisting of eight barges.

Held, that the affidavit for the re-taxation was not sufficiently specific, and that it is doubtful if such expenses are, after the release of the property upon supersedeas bond, a lien upon the property.

### 581 KOENIGSHOF vs. CIRCUIT JUDGE (Berrien), 59 M., 245.

To compel respondent to vacate an order awarding costs to defendant, and to award costs to plaintiff in an action against one Spaulding, for digging a trench from Clear Lake in the direction of plaintiff's land, causing the water to flow upon and injure said lands, wherein plaintiff had a verdict for $37.

Granted January 20, 1886.

Held, that under the second subdivision of How. Stat., Sec. 8964, plaintiff was entitled to costs.